GREGORY B. WOOD (BAR NO. 068064)
SARAH SILBERT (BAR NO. 198594)
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street
Los Angeles, California 90071
Telephone (213) 892-9200
Facsimile   (213) 892-9494

MARANDA E. FRITZ (New York Bar No. 8060)
HINSHAW & CULBERTSON LLP
780 Third Avenue, 4th Floor
New York, New York 10017-2024
Telephone: (212) 471-6200
Facsimile: (212) 935-1166

Attorneys for Plaintiffs
E-SMART TECHNOLOGIES INC. &
IVI SMART TECHNOLOGIES INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E-SMART TECHNOLOGIES, INC., A Nevada corporation; and IVI SMART TECHNOLOGIES INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>-v-<br><br>WAYNE DRIZIN, MICHAEL GARDINER, ELECTRONIC PLASTICS COMPANY and A CARD COMPANY<br><br>Defendants. | Civil Action No. 06-CV-05528 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

25729585.1

1  PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, it is hereby
2  ORDERED that the Court shall accept for filing under seal by plaintiffs e-Smart Technologies,
3  Inc. and IVI Smart Technologies, Inc. plaintiffs' technical designations pursuant to CCP § 2019
4  unsealed, redacted versions of which were filed with the Court on December 15, 2006, as
5  Exhibits A and B to Plaintiffs' Statement Regarding Adequacy of Plaintiffs' CCP § 2019 Trade
6  Secret Designations Served on November 13, 2006 and Supplemented on December 4, 2006.

IT IS SO ORDERED.

DATED: December 28, 2006

By _____
The Hon. Marilyn H. Patel
United States District Judge

# PROOF OF SERVICE

I, Susan Crippen, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 41st Floor, Los Angeles, California 90071. On December 22, 2006, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒ by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below on this date.

| | |
|---|---|
| Marc T. Rasich, Esq.<br>Timothy K. Conde, Esq.<br>Stoel Rives LLP<br>201 South Main Street, Suite 1100<br>Salt Lake City, UT 84111<br>E-Mail:   mtrasich@stoel.com<br>              tkconde@stoel.com | Patricia D. Douglass, Esq.<br>98 Interpromontory Road<br>Great Falls, VA 22066-3219<br>E-Mail:   pdouglass@cox.net |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 22, 2006, at Los Angeles, California.

_Susan Crippen_
Susan Crippen