GREGORY B. WOOD (CA Bar No. 068064)
SARAH SILBERT (CA Bar No. 198594)
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

MARANDA E. FRITZ (NY Bar No. 8060)
HINSHAW & CULBERTSON, LLP,
780 Third Avenue, 4th Floor
New York, NY 10017-2024
Telephone: (212) 471-6200
Facsimile: (212) 935-1166

Attorneys for Plaintiffs
E-SMART TECHNOLOGIES INC. &
IVI SMART TECHNOLOGIES INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E-SMART TECHNOLOGIES, INC., a Nevada corporation; and IVI SMART TECHNOLOGIES INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>WAYNE DRIZIN, MICHAEL GARDINER, ELECTRONICS PLASTICS CORPORATION and A CARD COMPANY,<br><br>Defendants. | Case No.: 06-CV-05528 MHP<br><br>**NOTICE AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS E-SMART TECHNOLOGIES, INC. AND IVI SMART TECHNOLOGIES INC.**<br><br>Action Filed: January ___, 2007 |

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs E-Smart Technologies, Inc. a Nevada corporation and IVI Smart Technologies, Inc. a Delaware corporation, make the following substitution of their counsel of record in this matter.

SV #280510 v1

1

NOTICE AND [PROPOSED] ORDER OF SUBSTITUTION
OF COUNSEL FOR PLAINTIFFS E-SMART TECHNOLOGIES, INC. et al.
CASE NO. 06-CV-05528 MHP

<u>Former Counsel</u>

Thelen Reid Brown Raysman & Steiner, LLP, 225 West Santa Clara Street, Suite 1200, San Jose, CA 95113, Telephone: (408) 292-5800, Facsimile: (408) 287-8040, including the following individual attorneys associated with that firm: David B. Ritchie (CA Bar No. 112018), Robert E. Camors, Jr. (CA Bar No. 121204), and Richard Swope (CA Bar No. 233200).

<u>New Counsel</u>

Plaintiffs E-SMART TECHNOLOGIES, INC. and IVI SMART TECHNOLOGIES INC.'s new counsel in this matter, on whom all notices and papers should be served, is the firm of Fulbright & Jaworski L.L.P., 555 South Flower Street, Los Angeles, CA 90071, Telephone: (213) 892-9200, Facsimile: (213) 892-9494, including the following attorneys associated with that firm who have appeared in this action: Gregory B. Wood (CA Bar No. 068064), and Sarah Silbert (CA Bar No. 198594).

<u>Continuing Counsel</u>

Hinshaw & Culbertson, LLP, 780 Third Avenue, 4th Floor, New York, NY 10017-2024, Telephone: (212) 471-6200, Facsimile: (212) 935-1166, including the following attorney associated with that firm who has appeared in this action: Maranda E. Fritz (NY Bar No. 8060), appearing *pro hac vice,* remains as counsel of record and is not affected by this substitution.

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

Dated: Jan 30, 2007          THELEN REID & PRIEST LLP

                              By: /s/ Robert E. Camors, Jr.
                                  Robert E. Camors, Jr.

Dated: Jan 30, 2007          FULBRIGHT & JAWORSKI L.L.P.

                              By: /s/ Gregory B. Wood
                                  Gregory B. Wood

| | | |
|---|---|---|
| Dated: January 30, 2007 | | E-SMART TECHNOLOGIES, INC. and IVI TECHNOLOGIES INC. |
| | By: | *[signature]* |
| | | Mary Grace, President and CEO |

**IT IS SO ORDERED:**

Dated: 2/1/07

*[signature]*

The Honorable Marilyn Hall Patel
United States District Judge

1  Dated: _____, 2007           E-SMART TECHNOLOGIES, INC. and IVI
                                            TECHNOLOGIES INC.
2

3                                       By: _____
                                            Mary Grace, President and CEO
4

5  **IT IS SO ORDERED:**

6
   Dated: _____        _____
7                                           The Honorable Marilyn Hall Patel
                                            United States District Judge
8

SV #280510 v1     3     NOTICE OF SUBSTITUTION OF COUNSEL FOR
PLAINTIFFS E-SMART TECHNOLOGIES, INC. et al.
CASE NO. 06-CV-05528 MHP