GREGORY B. WOOD (BAR NO. 068064)
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street
Forty-First Floor
Los Angeles, CA  90071
Telephone:     (213) 892-9200
Facsimile:      (213) 892-9494
E-Mail:           gwood@fulbright.com

MARANDA E. FRITZ (appearing *pro hac vice*)
HINSHAW & CULBERTSON LLP
780 Third Avenue, 4th Floor
New York, New York 10017-2024
Telephone:     (212) 471-6200
Facsimile:      (212) 935-1166
E-Mail:           MFritz@hinshawlaw.com

Attorneys for Plaintiffs
E-SMART TECHNOLOGIES, INC. and
IVI SMART TECHNOLOGIES INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E-SMART TECHNOLOGIES, INC., a Nevada corporation; and IVI SMART TECHNOLOGIES INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>WAYNE DRIZIN, MICHAEL GARDINER, ELECTRONIC PLASTICS CORPORATION and A CARD COMPANY,<br><br>    Defendants. | Case No.  06-CV-05528 MHP<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFFS' STIPULATED MOTION TO FILE UNDER SEAL** |

1   PURSUANT TO STIPULATION, THIS COURT HEREBY ORDERS AS FOLLOWS:
2   1.   Plaintiffs' Stipulated Motion to File Under Seal is GRANTED; and
3   2.   Plaintiffs may file with this Court the following document under seal:
4   a.   Exhibit A attached to Plaintiffs' Second Supplemental Designation Under
5   §2019.210.  SUBJECT TO FURTHER ORDER OF THE COURT.

9   DATED: ~~March~~ April 30, 2007        By _____
                                            The Hon. M...
                                            United States...



# PROOF OF SERVICE

I, Susan Crippen, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 41st Floor, Los Angeles, California 90071. On March 15, 2007, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING PLAINTIFFS' STIPULATED MOTION TO FILE UNDER SEAL**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[X] by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below on this date.

| | |
|---|---|
| Marc T. Rasich, Esq.<br>Timothy K. Conde, Esq.<br>Stoel Rives LLP<br>201 South Main Street, Suite 1100<br>Salt Lake City, UT 84111<br>E-Mail: mtrasich@stoel.com<br>tkconde@stoel.com | Patricia D. Douglass, Esq.<br>98 Interpromontory Road<br>Great Falls, VA 22066-3219<br>E-Mail: pdouglass@cox.net |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 15, 2007, at Los Angeles, California.

_____
Susan Crippen