1  MARC T. RASICH (SB #174683)
   *mtrasich@stoel.com*
2  TIMOTHY K. CONDE (appearing *Pro Hac Vice*)
   *tkconde@stoel.com*
3  STOEL RIVES LLP
   201 South Main Street, Suite 1100
4  Salt Lake City, UT  84111
   Telephone:  (801) 328-3131
5  Facsimile:  (801) 578-6999

6  PATRICIA D. DOUGLASS (SB #63518)
   *pdouglass@cox.net*
7  98 Interpromontory Rd.
   Great Falls, VA 22066-3219
8  Telephone:  (703) 759-3586
   Facsimile: (703) 935-4823
9
   Attorney for Defendants Wayne Drizin, Michael
10 Gardiner, Electronic Plastics Corporation and
   A Card Company

11

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

SAN FRANCISCO DIVISION

15

| | |
|---|---|
| E-SMART TECHNOLOGIES, INC., a Nevada corporation; and IVI SMART TECHNOLOGIES INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WAYNE DRIZIN, MICHAEL GARDINER, ELECTRONIC PLASTICS CORPORATION AND A CARD COMPANY,<br><br>Defendants. | Case No. 06-CV-05528 MHP<br><br>The Honorable Marilyn Hall Patel<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO FILE UNDER SEAL** |

PURSUANT TO STIPULATION, THIS COURT HEREBY ORDERS AS FOLLOWS:

1.  Defendants' Stipulated Motion to File Under Seal is GRANTED; and

2.  Defendants may file with this Court the document titled "Current and Anticipated Projects for Dreifus Associates, Ltd., Inc.," which Defendants have submitted as part of Ex. L to

1  the Affidavit of Timothy K. Conde in Support of Defendants' Motion to Qualify Henry Dreifus as

2  Defendants' Designated Expert, includes information that is protectable as sensitive business

3  information, including customer names and business pursuits, of the Consultants' Designated

4  Expert, Henry Dreifus.

5

6

7  DATED this 30th day of ~~March~~ April 2007.  SUBJECT TO FURTHER ORDER OF THE COURT.

8  BY THE COURT:

9

10  _____

11  The Honorable Marilyn H. Patel
    United States District Judge



3:06cv5528 MHP                    -2-                    PROPOSED ORDER GRANTING
                                                         DEFENDANTS' STIPULATED
                                                         MOTION TO FILE UNDER SEAL

SaltLake-305580.1 0036547-00001