MARC T. RASICH (SB #174683)
*mtrasich@stoel.com*
TIMOTHY K. CONDE (appearing *Pro Hac Vice*)
*tkconde@stoel.com*
STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131
Facsimile:  (801) 578-6999

PATRICIA D. DOUGLASS (SB #63518)
*pdouglass@cox.net*
98 Interpromontory Rd.
Great Falls, VA 22066-3219
Telephone:  (703) 759-3586
Facsimile: (703) 935-4823

Attorney for Defendants Wayne Drizin, Michael
Gardiner, Electronic Plastics Corporation and
A Card Company

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| E-SMART TECHNOLOGIES, INC., a Nevada corporation; and IVI SMART TECHNOLOGIES INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WAYNE DRIZIN, MICHAEL GARDINER, ELECTRONIC PLASTICS CORPORATION AND A CARD COMPANY,<br><br>Defendants. | Case No. 06-CV-05528 MHP<br><br>The Honorable Marilyn Hall Patel<br><br>~~[PROPOSED]~~ **ORDER GRANTING MOTION TO FILE DEFENDANTS' OBJECTIONS TO PLAINTIFFS' SECOND SUPPLEMENTAL DESIGNATION PURSUANT TO C.C.P. § 2019.210 UNDER SEAL** |

THIS COURT HEREBY ORDERS AS FOLLOWS:

1.      The Motion to File Defendants' Objections to Plaintiffs' Second Supplemental

Designation Pursuant to C.C.P. § 2019.210 Under Seal is GRANTED; and

ORDER GRANTING MOTION TO FILE DEFENDANTS'
OBJECTIONS TO PLAINTIFFS' SECOND SUPPLEMENTAL
DESIGNATION PURSUANT TO C.C.P. § 2019.210 UNDER SEAL

SaltLake-306403.1 0036547-00001

1      2.      Defendants may file Defendants' Objections to Plaintiffs' Second Supplemental

2  Designation Pursuant to C.C.P. § 2019.210 under seal. SUBJECT TO FURTHER ORDER OF THE

3  COURT.

4

5      DATED this __30th__ day of ___April___ 2007.

6  BY THE COURT:



8  The Honorable _____

9  United States District Court Judge

IT IS SO ORDERED

Judge Marilyn H. Patel

ORDER GRANTING MOTION TO FILE DEFENDANTS'<br/>OBJECTIONS TO PLAINTIFFS' SECOND SUPPLEMENTAL<br/>DESIGNATION PURSUANT TO C.C.P. § 2019.210 UNDER SEAL

SaltLake-306403.1 0036547-00001