UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-SMART TECHNOLOGIES, INC. and IVI TECHNOLOGIES, INC.,

    Plaintiffs,

v.

WAYNE DRIZIN, MICHAEL GARDINER, ELECTRONIC PLASTICS CORPORATION and A CARD COMPANY,

    Defendants.

No. C 06-05528 MHP

**ORDER**
Re: Payment of Special Master

The court hereby orders that all payments due to the Special Master be paid within 10 days of the entry of this order. Failure to promptly pay amounts owed may result in entry of orders of default, limitation of evidence or claims, or dismissal or other sanctions.

IT IS SO ORDERED.

Dated: 8/2/07

MARILYN HALL PATEL
United States District Court Judge
Northern District of California