UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-SMART TECHNOLOGIES, INC. and IVI TECHNOLOGIES, INC.,

    Plaintiffs,

v.

WAYNE DRIZIN, MICHAEL GARDINER, ELECTRONIC PLASTICS CORPORATION and A CARD COMPANY,

    Defendants.

No. C 06-05528 MHP

**SEALING ORDER**

The court hereby orders that all reports, recommendations, and orders from the Special Master shall be filed with the court and placed under seal. The Clerk should place the appropriate files under seal.

IT IS SO ORDERED.

Dated: 8/8/07

MARILYN HALL PATEL
United States District Court Judge
Northern District of California