MARC T. RASICH (SB #174683)
mtrasich@stoel.com
TIMOTHY K. CONDE (appearing *Pro Hac Vice*)
tkconde@stoel.com
STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Facsimile: (801) 578-6999

PATRICIA D. DOUGLASS (SB #63518)
pdouglass@cox.net
98 Interpromontory Rd.
Great Falls, VA 22066-3219
Telephone: (703) 759-3586
Facsimile: (703) 935-4823

Attorney for Defendants Wayne Drizin, Michael
Gardiner, Electronic Plastics Corporation and
A Card Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| E-SMART TECHNOLOGIES, INC., a Nevada corporation; and IVI SMART TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WAYNE DRIZIN, MICHAEL GARDINER, ELECTRONIC PLASTICS CORPORATION AND A CARD COMPANY,<br><br>Defendants. | Case No. 06-CV-05528 MHP<br><br>The Honorable Marilyn Hall Patel<br><br>[PROPOSED]<br>JOINT STIPULATION TO CONTINUE MARCH 3, 2007 CASE MANAGEMENT HEARING |

Plaintiffs e-Smart Technologies, Inc. and IVI Smart Technologies, Inc (collectively, "e-Smart"), together with Defendants Wayne Drizin, Michael Gardiner, Electronic Plastics Corporation, and A Card Company (hereinafter "Consultants") hereby submit this joint stipulation continuing the status conference, previously set for March 3, 2008, and the conference

regarding the Defendants' Motion to Amend Protective Order, previously set for March 24, 2008, to March 31, 2008 or as soon thereafter as is convenient for the Court.

This stipulation is submitted because the parties are completing the briefing relating to certain issues before the Court, and seek to continue the status conference so that all issues may be considered by the Court in addition to and in conjunction with the conference concerning the status of the case.

|  |  |
|---|---|
|  | STOEL RIVES LLP |
|  | Timothy K. Conde (with permission) |
|  | _____ |
|  | Marc T. Rasich |
| DATED: February 29, 2008 | Timothy K. Conde |
|  | & |
|  | Patricia D. Douglass |
|  | Attorneys for Defendants<br>Wayne Drizin, Michael Gardiner, Electronic Plastics Corporation, and A Card Company |
|  | HINSHAW & CULBERTSON LLP<br>FULBRIGHT & JAWORSKI LLP. |
|  | Maranda E. Fritz |
|  | _____ |
|  | Maranda E. Fritz<br>Attorney for Plaintiffs<br>e-Smart Technologies, Inc.,<br>and IVI Smart Technologies, Inc. |

IT IS SO ORDERED:

DATED: February 29, 2008

IT IS SO ORDERED
Judge Marilyn H. Patel