1  MARC T. RASICH (SB #174683)
   mtrasich@stoel.com
2  TIMOTHY K. CONDE (appearing *Pro Hac Vice*)
   tkconde@stoel.com
3  STOEL RIVES LLP
   201 South Main Street, Suite 1100
4  Salt Lake City, UT  84111
   Telephone:  (801) 328-3131
5  Facsimile:  (801) 578-6999

6  PATRICIA D. DOUGLASS (SB #63518)
   pdouglass@cox.net
7  98 Interpromontory Rd.
   Great Falls, VA 22066-3219
8  Telephone:  (703) 759-3586
   Facsimile: (703) 935-4823
9
   Attorney for Defendants Wayne Drizin, Michael
10 Gardiner, Electronic Plastics Corporation and
   A Card Company

11

## UNITED STATES DISTRICT COURT

12

## NORTHERN DISTRICT OF CALIFORNIA

13

## SAN FRANCISCO DIVISION

14

15

| | |
|---|---|
| E-SMART TECHNOLOGIES, INC., a Nevada corporation; and IVI SMART TECHNOLOGIES, INC., a Delaware Corporation, | Case No. 06-CV-05528 MHP |
| Plaintiffs, | The Honorable Marilyn Hall Patel |
| v. | **[PROPOSED]** JOINT STIPULATION TO CONTINUE MARCH 24, 2008 AND MARCH 31, 2008 CONFERENCE |
| WAYNE DRIZIN, MICHAEL GARDINER, ELECTRONIC PLASTICS CORPORATION AND A CARD COMPANY, | |
| Defendants. | |

23

24      Plaintiffs e-Smart Technologies, Inc. and IVI Smart Technologies, Inc (collectively, "e-

25 Smart"), together with Defendants Wayne Drizin, Michael Gardiner, Electronic Plastics

26 Corporation, and A Card Company (hereinafter "Consultants") hereby submit this joint

27 stipulation continuing the conferences regarding the Defendants' Motion to Amend Protective

28

Order and Defendants' Motion to Amend the Complaint, previously scheduled for March 24 and March 31, 2008, to April 21, 2008 or as soon thereafter as is convenient for the Court.

This stipulation is submitted at the request of the parties and Special Master. The parties are completing the briefing relating to certain issues before the Court, and seek to continue the status conference and motion hearing so that all issues may be considered by the Court in addition to and in conjunction with the conference concerning the status of the case. In addition, the Special Master is not available on March 31, 2008.

STOEL RIVES LLP

Timothy K. Conde (with permission)

DATED: March 14, 2008

Marc T. Rasich
Timothy K. Conde
&
Patricia D. Douglass

Attorneys for Defendants
Wayne Drizin, Michael Gardiner, Electronic Plastics Corporation, and A Card Company

HINSHAW & CULBERTSON LLP
FULBRIGHT & JAWORSKI LLP.

Maranda E. Fritz

Maranda E. Fritz
Attorney for Plaintiffs
e-Smart Technologies, Inc.,
and IVI Smart Technologies, Inc.

IT IS SO ORDERED:

DATED: March 18, 2008

IT IS SO ORDERED
Judge Marilyn H. Patel