UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-SMART TECHNOLOGIES

       Plaintiff(s),

   v.

WAYNE DRIZIN

       Defendant(s).

    No. C 06-05528 MHP (EDL)

    ORDER DENYING REQUEST
    TO EXCUSE ATTENDANCE
    AT SETTLEMENT CONFERENCE AND ORDERING PERSONAL APPEARANCE OF PLAINTIFF'S PRINCIPAL

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated May 15, 2008, Defendant Michael Gardiner requested to be excused from personally appearing at the settlement conference scheduled for May 29, 2008. Upon consideration of the request, the Court denies the request to excuse personal attendance. Therefore, it is hereby ORDERED that Mr. Gardiner appear at the settlement conference in person scheduled on 9:30 a.m. Pacific Standard Time. In addition, Plaintiff's principal Mary A. Grace shall appear in person at the settlement conference.

SO ORDERED.

Dated: May 20, 2008

                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge