UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-SMART TECHNOLOGIES

    Plaintiff(s),                      No. C 06-05528 MHP (EDL)

    v.                             ORDER RE: PERSONAL APPEARANCE

WAYNE DRIZIN

    Defendant(s).
_____/

        The Court received a telephone call on behalf of Plaintiff's counsel regarding the Court's May 20, 2008 Order requiring the personal appearance of Plaintiff's principal, Mary Grace, at the May 29, 2008 settlement conference. The Court was informed that Ms. Grace is out of the country and that Plaintiff's counsel did not intend to bring any client representative to the settlement conference. The Court's April 24, 2008 Notice of Settlement Conference and Settlement Conference Order states that: "Lead trial counsel shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case." See April 24, 2008 Order at 1:22-23. The Court has not relieved Plaintiff's counsel or her client of the court-ordered obligation that the person having full authority to settle this matter attend in person. Moreover, the Court has specifically ordered Ms. Grace to appear.

SO ORDERED.

Dated: May 23, 2008

                                                     _____
                                                     ELIZABETH D. LAPORTE
                                                     United States Magistrate Judge