GREGORY B. WOOD (BAR NO. 068064)
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile:  (213) 892-9494
E-Mail: Gwood@fulbright.com

MARANDA E. FRITZ (New York Bar No. 8060)
HINSHAW & CULBERTSON LLP
780 Third Avenue, 4th Floor
New York, New York 10017-2024
Telephone: (212) 471-6200
Facsimile: (212) 935-1166
E-Mail: Mfritz@hinshawlaw.com

Attorneys for Plaintiffs
E-SMART TECHNOLOGIES INC. &
IVI SMART TECHNOLOGIES INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| E-SMART TECHNOLOGIES, INC., a Nevada Corporation, and IVI SMART TECHNOLOGIES, INC., a Delaware Corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>WAYNE DRIZIN, MICHAEL GARDINER, ELECTRONIC PLASTICS COMPANY, a California corporation; and A CARD COMPANY, a California corporation<br><br>　　　　　　Defendants. | **Case No.:  06cv5528 (MHP)**<br><br>The Honorable Marilyn Hall Patel<br><br>**JOINT STIPULATION** |

　　　　Plaintiffs e-Smart Technologies, Inc. and IVI Smart Technologies, Inc (collectively, "e-Smart"), together with Defendants Wayne Drizin, Michael Gardiner, Electronic Plastics

1

1  Corporation, and A Card Company (hereinafter "Consultants") hereby stipulate that Plaintiffs'
2  time to respond to Defendants' Motion for Partial Summary Judgment is extended to and
3  includes June 30, 2008; Defendants' Reply will be filed on or before July 14, 2008 and the
4  hearing date will be adjourned from June 30, 2008 to August 4, 2008 or such other date as shall
5  be set by the Court.

7  Dated: June 18, 2008

9          HINSHAW & CULBERTSON LLP

11         *Maranda E. Fritz*
12         MARANDA E. FRITZ
13         Attorneys for Plaintiffs
        e-Smart Technologies, Inc.,
14         and IVI Smart Technologies, Inc.

17         STOEL RIVES LLP

18         *Timothy K. Conde* (with permission)
19         MARC T. RASICH
        TIMOTHY K. CONDE
20
21         &
22         PATRICIA D. DOUGLASS
23         Attorneys for Defendants
        Wayne Drizin, Michael Gardiner,
24         Electronic Plastics Corporation,
        and A Card Company



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

31028637v1 869261