Case 3:06-cv-05528-MHP   Document 201   Filed 08/05/08   Page 1 of 4

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Donald J. Putterman (State Bar No. 90822)
E-Mail: dputterman@kasowitz.com
Michelle L. Landry (State Bar No. 190080)
E-Mail: mlandry@kasowitz.com
101 California Street, Suite 2050
San Francisco, California 94111
Telephone: (415) 621-6140
Facsimile: (415) 398-5030

Attorneys for Plaintiff
E-SMART TECHNOLOGIES, INC.
and IVI SMART TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| E-SMART TECHNOLOGIES, INC., a Nevada corporation; and IVI SMART TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>WAYNE DRIZIN; MICHAEL GARDINER; ELECTRONIC PLASTICS COMPANY, a California corporation; and A CARD COMPANY, a California corporation,<br><br>Defendants. | CASE NO. 3:06cv5528MHP<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

Notice of Substitution of Counsel: Case No. 3:06cv5528MHP

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 CALIFORNIA STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94111

1  THE COURT AND ALL PARTIES ARE NOTIFIED THAT E-SMART
2  TECHNOLOGIES, INC., a Nevada corporation and IVI SMART TECHNOLOGIES, INC., a
3  Delaware corporation, hereby substitutes KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
4  as its attorneys of record in this action in place of FULBRIGHT & JAWORSKI L.L.P., 555 South
5  Flower Street, Los Angeles, California 90071, telephone number (213) 892-9200; facsimile (213)
6  892-9494 and HINSHAW & CULBERTSON LLP, 780 Third Avenue, 4th Floor, New York, New
7  York, 10017, telephone number (212) 471-6200; facsimile (212) 935-1166.
8  All pleadings, orders and notices should henceforth be served upon Donald J. Putterman
9  and Michelle L. Landry of KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP, 101
10 California Street, Suite 2050, San Francisco, California 94111, telephone (415) 421-6140;
11 facsimile (415) 398-5030
12 Dated: 7/30, 2008        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
13
14                          By: _____
15                              DONALD J. PUTTERMAN
                                Attorneys for Plaintiffs
16                              E-SMART TECHNOLOGIES, INC. and IVI
                                SMART TECHNOLOGIES, INC.
17 I consent to this substitution:
18
19 Dated: July 31, 2008      FULBRIGHT & JAWORSKI L.L.P
20
21                          By: _____
22                              GREGORY B. WOOD
23                          HINSHAW & CULBERTSON LLP.
24 Dated: _____, 2008
25
26                          By: _____
27                              MARANDA E. FRITZ
28

Dated: July 31, 2008

E-SMART TECHNOLOGIES, INC

By: _____
    Its President

Dated: July 31, 2008

IVI SMART TECHNOLOGIES, INC.

By: _____
    Its President



| | |
|---|---|
| 1 | THE COURT AND ALL PARTIES ARE NOTIFIED THAT E-SMART |
| 2 | TECHNOLOGIES, INC., a Nevada corporation and IVI SMART TECHNOLOGIES, INC., a |
| 3 | Delaware corporation, hereby substitutes KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP |
| 4 | as its attorneys of record in this action in place of FULBRIGHT & JAWORSKI L.L.P., 555 South |
| 5 | Flower Street, Los Angeles, California 90071, telephone number (213) 892-9200; facsimile (213) |
| 6 | 892-9494 and HINSHAW & CULBERTSON LLP, 780 Third Avenue, 4th Floor, New York, New |
| 7 | York, 10017, telephone number (212) 471-6200; facsimile (212) 935-1166. |
| 8 | All pleadings, orders and notices should henceforth be served upon Donald J. Putterman |
| 9 | and Michelle L. Landry of KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP, 101 |
| 10 | California Street, Suite 2050, San Francisco, California 94111, telephone (415) 421-6140; |
| 11 | facsimile (415) 398-5030 |
| 12 | Dated: 7/30, 2008  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| 13 | |
| 14 | By: _____ |
| 15 | DONALD J. PUTTERMAN |
| | Attorneys for Plaintiffs |
| 16 | E-SMART TECHNOLOGIES, INC. and IVI SMART TECHNOLOGIES, INC. |
| 17 | I consent to this substitution: |
| 18 | |
| 19 | Dated: _____, 2008  FULBRIGHT & JAWORSKI LLP |
| 20 | |
| 21 | By: _____ |
| 22 | GREGORY B. WOOD |
| 23 | |
| 24 | HINSHAW & CULBERTSON LLP |
| 25 | Dated: July 31, 2008 |
| 26 | By: _____ |
| 27 | MARANDA E. FRITZ |
| 28 | |

IT IS SO ORDERED
Judge Marilyn H. Patel