KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Donald J. Putterman (State Bar No. 90822)
E-Mail: dputterman@kasowitz.com
Michelle L. Landry (State Bar No. 190080)
E-Mail: mlandry@kasowitz.com
101 California Street, Suite 2050
San Francisco, California 94111
Telephone: (415) 621-6140
Facsimile: (415) 398-5030

Attorneys for Plaintiffs and Counter-Defendants
E-SMART TECHNOLOGIES, INC.
and IVI SMART TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

E-SMART TECHNOLOGIES, INC., a Nevada corporation; and IVI SMART TECHNOLOGIES, INC., a Delaware corporation,

Plaintiffs and Counter-Defendants,

vs.

WAYNE DRIZIN; MICHAEL GARDINER; ELECTRONIC PLASTICS COMPANY, a California corporation; and A CARD COMPANY, a California corporation,

Defendants and Counterclaimants.

CASE NO. 3:06cv5528MHP

**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING DATES RE MOTION FOR PARTIAL SUMMARY JUDGMENT AND TRIAL**

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 CALIFORNIA STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94111

Plaintiffs and Counter-Defendants e-Smart Technologies, Inc. and IVI Smart Technologies, Inc. (collectively, "Plaintiffs" or "e-Smart"), and Defendants and Counterclaimants Wayne Drizin, Michael Gardiner, Electronic Plastics Company, and A Card Company (collectively, "Defendants" or "Consultants") hereby agree and stipulate to a continuance of Defendants' Motion For Partial Summary Judgment and of the trial date in this matter. In submitting this Stipulation, e-Smart makes reference to the following facts:[1]

WHEREAS, until days ago, Plaintiffs were represented by Maranda E. Fritz of Hinshaw & Culbertson, LLP (as primary counsel) and Gregory B. Wood and Sarah Silbert of Fulbright & Jaworski, LLP;

WHEREAS, in February 2008, Ms. Fritz became involved in a regulatory matter which implicated other work she had performed on behalf of e-Smart, and soon thereafter, the attorney-client relationship between Ms. Fritz and Plaintiffs began to deteriorate. Plaintiffs were not kept regularly informed about the status of the case, and were not timely provided copies of filings and other material related to the proceedings;

WHEREAS, e-Smart also questioned certain Hinshaw & Culbertson invoices concerning the aforementioned regulatory matter, and Ms. Fritz consequently refused to perform further work on this case, including specifically with regard to opposing Defendants' Motion for Partial Summary Judgment filed herein, unless the disputed invoices in the other matter first were paid in full;

WHEREAS, on or about June 16, 2006 (more than a month after the Motion for Partial Summary Judgment was filed), e-Smart received for the first time a copy of the Defendants' Motion For Partial Summary Judgment;

WHEREAS, in response to the breakdown in attorney-client relations between itself and Hinshaw & Culbertson, e-Smart sought to identify, interview and hire new counsel;

WHEREAS, after another counsel could not accept the case due to a potential conflict of

[1] Consultants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in the facts that follow. Nonetheless, Consultants stipulate to continuing dates associated with their Motion for Partial Summary Judgment, as well as other dates currently scheduled as set forth herein.

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 CALIFORNIA STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94111

interest, e-Smart contacted Donald J. Putterman of Kasowitz, Benson, Torres & Friedman's San Francisco office on July 29, interviewed and retained Mr. Putterman on July 30 and simultaneously informed Hinshaw & Culbertson and Fulbright & Jaworski that their engagements were being terminated, and executed and returned a Substitution of Counsel on July 31, which was filed with the court that same day;

WHEREAS, in anticipation of hiring new counsel, e-Smart previously had requested that Hinshaw & Culbertson turn over e-Smart's client files, including material needed to respond to Defendants' Motion for Partial Summary Judgment, but Hinshaw & Culbertson declined to do so on the ground it was entitled to a lien on the files until the disputed invoices for other work had been paid;

WHEREAS, Mr. Putterman interceded with Hinshaw & Culbertson on July 31, 2008, to persuade that firm to turn over e-Smart's files, and on that same day, Hinshaw & Culbertson agreed to do so, but with Ms. Fritz advising that she had no usable work product with which to oppose the pending Motion for Partial Summary Judgment;

WHEREAS, e-Smart's opposition to Defendants' Motion for Partial Summary Judgment was presently due to be filed and served on or before August 4, 2008 and Defendants' reply thereto is due to be filed and served on or before August 18, 2008; and the hearing on said motion is set for September 8, 2008;

WHEREAS, Jury Trial is scheduled for February 3, 2009; a Pretrial Conference is set for January 21, 2009; and Pretrial filings are to be submitted not later than January 12, 2009.

**IT IS THEREFORE STIPULATED AND REQUESTED AS FOLLOWS:**

1. That the dates previously set for opposing, replying and hearing Defendants' Motion for Partial Summary Judgment be vacated. The parties request an order permitting e-Smart's opposition to Defendants' Motion for Partial Summary Judgment to be filed and served on or before September 15, 2008; Defendants' reply to be filed and served on or before October 13, 2008; and hearing to be set for a date and time convenient to the court.

2. The Jury Trial date and all dates and deadlines relating to and/or based upon the previously set Jury Trial date, including but not limited to discovery cut-off and expert witness

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 CALIFORNIA STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94111

reports, and all case management dates and deadlines be vacated a new trial setting conference be ordered.

DATED: August 6, 2008

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: /s/ Donald J. Puterman
Donald J. Putterman
Michelle L. Landry
Attorneys for Plaintiffs and Counter-Defendants E-SMART TECHNOLOGIES, INC. and IVI SMART TECHNOLOGIES, INC.

DATED: August 6, 2008

STOEL RIVES

By: /s/ Marc I. Raisch
Marc I. Rasich
Timothy K. Conde

DATED: August 6, 2008

/s/ Patricia D. Douglass
Patricia D. Douglass

Attorneys for Defendants and Counterclaimants WAYNE DRIZIN, MICHAEL GARDINER, ELECTRONIC PLASTICS CORPORATION, and A CARD COMPANY

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT**:

1. The dates previously set for opposing, replying and hearing Defendants' Motion for Partial Summary Judgment are vacated. e-Smart's opposition to Defendants' Motion for Partial Summary Judgment shall now be filed and served on or before September 15, 2008; Defendants' reply thereto shall be filed and served on or before October 13, 2008; and the hearing on said motion is set for November 13, 2008, at 10:00 A.M/P.M.

2. The Jury Trial date and all dates and deadlines relating to and/or based upon the previously set Jury Trial date, including but not limited to discovery cut-off and expert witness

reports, and all case management dates and deadlines are vacated. A trial setting conference is scheduled for December 15, 2008, at 3:00 A.M/P.M.

August 7, 2008
Date




The Honorable Marilyn Hall Patel
United States District Judge

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 CALIFORNIA STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94111