PATRICIA D. DOUGLASS (SB #63518)
*pdouglass@cox.net*
98 Interpromontory Rd.
Great Falls, VA 22066-3219
Telephone: (703) 759-3586
Facsimile: (703) 935-4823

Attorney for Consultants Wayne Drizin, Michael Gardiner, Electronic Plastics Corporation, and A Card Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| E-SMART TECHNOLOGIES, INC., a Nevada corporation; and IVI SMART TECHNOLOGIES, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>WAYNE DRIZIN; MICHAEL GARDINER; ELECTRONIC PLASTICS CORPORATION, a California corporation; and A CARD COMPANY, a California corporation,<br><br>　　　　　　Defendants. | Case No. 3:06cv5528MHP<br>The Honorable Marilyn Hall Patel<br><br>**CONSENT MOTION FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Date of Hearing: May 4, 2009<br>Time: 3:00 p.m.<br>Place: Ctrm 15 |

　　　The Parties hereby request that the Court continue, for a one month period, the status conference scheduled for May 4, 2009 at 3:00 p.m.

　　　As discussed previously with the Court, the parties have been attempting to resolve this case informally among themselves. Recently their discussions have become more concrete and we believe resolution may be possible. To facilitate that process the parties request that the status hearing now set for May 4, 2009 be cancelled and another conference be scheduled in thirty days.

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

SaltLake-447594.1 0099999-00001

Counsel for Plaintiffs, Donald J. Putterman, has authorized the undersigned to represent that he consents to the relief requested.

DATED: April 30, 2009                    Respectfully Submitted,

By: /s/ _____

Patricia D. Douglass

Attorney for Defendants
Wayne Drizin, Michael Gardiner, Electronic Plastics Corporation, and A Card Company

PATRICIA D. DOUGLASS (SB #63518)
*pdouglass@cox.net*
98 Interpromontory Rd.
Great Falls, VA 22066-3219
Telephone: (703) 759-3586
Facsimile: (703) 935-4823

Attorney for Consultants Wayne Drizin, Michael Gardiner, Electronic Plastics Corporation, and A Card Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| E-SMART TECHNOLOGIES, INC., a Nevada corporation; and IVI SMART TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WAYNE DRIZIN; MICHAEL GARDINER; ELECTRONIC PLASTICS CORPORATION, a California corporation; and A CARD COMPANY, a California corporation,<br><br>Defendants. | Case No. 3:06cv5528MHP<br>The Honorable Marilyn Hall Patel<br><br>[PROPOSED] ORDER |

It is hereby ORDERED, that

(1) the status conference now set for May 4, 2009 at 3:00 p.m. is cancelled; and

(2) a status conference is scheduled for __June 22__, 2009 at _3:00_ p.m.

_____
Marilyn H. Patel
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*