UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-SMART TECHNOLOGIES, INC.,<br><br>        Plaintiff(s),<br><br>  v.<br><br>WAYNE DRIZIN, et al.,<br><br>        Defendant(s). | No. C 06-5528 MHP (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

TO: Plaintiff(s)/Defendant(s) and their attorney(s) of record:

On June 30, 2009, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for July 23, 2009. Your statement was due July 16, 2009. It was not received by chambers.

It is hereby **ORDERED** that if a statement is not lodged by the close of business today, each party who is late will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: July 17, 2009

                                      Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-REFS\REF FORMS\SANC.ORD

1