UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| E-SMART TECHNOLOGIES INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>WAYNE DRIZEN, et al.<br><br>Defendant(s). | No. C06-5528 MHP (BZ)<br><br>**ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** as follows:

1. By **August 7, 2009**, plaintiffs shall provide defendants and the Court with a written settlement proposal which details with particularity the trade secrets that defendants are to agree not to use for a five year period and the proposed method of verifying compliance.

2. By **August 11, 2009**, defendants, separately or jointly, shall respond to the proposal in writing with a copy to the Court.

3. A further settlement conference is scheduled for **August

1

**13, 2009 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: July 23, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\E SMART ORD.SETTING FURTHER SC.wpd