UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-SMART TECHNOLOGIES INC., et al.<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>WAYNE DRIZEN, et al.<br><br>　　　　Defendant(s). | No. C06-5528 MHP (BZ)<br><br>**ORDER DENYING MOTION TO ENLARGE TIME** |

　　Plaintiffs have filed a motion to enlarge time for the purpose of continuing the August 14, 2009 settlement conference. To the extent that motion is properly before me it is **DENIED**. On June 22, 2009, Judge Patel ordered me to complete the settlement conference within 45-60 days.  Accordingly, the relief plaintiffs seek must be sought from Judge Patel.  If Judge Patel grants the motion, the next date I currently

///

1

have available is October 22, 2009.

Dated: August 11, 2009

                                          _____
                                                   Bernard Zimmerman
                                       United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\E SMART ORD.SETTING FURTHER SC.wpd