UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-SMART TECHNOLOGIES INC., et al. <br><br> Plaintiff(s), <br><br> v. <br><br> WAYNE DRIZEN, et al. <br><br> Defendant(s). | No. C06-5528 MHP (BZ) <br><br> **AMENDED ORDER DENYING MOTION TO ENLARGE TIME** <br> (Correcting date of Settlement Conference) |

Plaintiffs have filed a motion to enlarge time for the purpose of continuing the August 13, 2009 settlement conference. To the extent that motion is properly before me it is **DENIED**. On June 22, 2009, Judge Patel ordered me to complete the settlement conference within 45-60 days. Accordingly, the relief plaintiffs seek must be sought from Judge Patel. If Judge Patel grants the motion, the next date I currently

///

1

1  have available is October 22, 2009.

2  Dated: August 12, 2009

3  _____
                Bernard Zimmerman
4               United States Magistrate Judge

5  G:\BZALL\-REFS\REFS.09\E SMART ORD AMENDED.wpd

2