UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E-SMART TECHNOLOGIES, INC., a Nevada corporation; and IVI SMART TECHNOLOGIES, INC., a Delaware corporation,<br><br>           Plaintiffs,<br><br>           vs.<br><br>WAYNE DRIZIN; MICHAEL GARDINER; ELECTRONIC PLASTICS COMPANY, a California corporation; and A CARD COMPANY, a California corporation,<br><br>           Defendants. | CASE NO. 3:06-cv-5528 MHP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE TIME RE JUNE 22, 2009 MINUTE ORDER (L. R. 6-3)**<br><br>Department:   Courtroom 15, 8th floor<br>Judge:            Hon. Marilyn Hall Patel |

1   GOOD CAUSE HAVING BEEN SHOWN, Plaintiffs' Motion to Enlarge Time Re June
2   22, 2009 Minute Order is hereby GRANTED.  The Court's June 22, 2009 Minute Order is hereby
3   amended as follows:
4       1. The parties shall complete a further settlement conference before the Honorable
5   Bernard Zimmerman no later than October 31, 2009.
6       2. The parties shall appear for a further status conference before the Court on 11/16 ,
7   2009, at 3:00 a.m./p.m., with a joint supplemental status report to be filed one week prior to the
8   conference.
9   **IT IS SO ORDERED.**
10  Dated:  August 11, 2009

                                        _____
                                        Hon. Marilyn H. Patel
                                        United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

8036511

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE TIME RE JUNE 22, 2009
MINUTE ORDER (L. R. 6-3)**
Case No. 3:06-cv-5528 MHP