1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                        NORTHERN DISTRICT OF CALIFORNIA

9
                                            )
10                                          )
    E-SMART TECHNOLOGIES INC., et )          No. C06-5528 MHP (BZ)
11  al.                                     )
                                            )
12                                          )
            Plaintiff(s),                   )
13                                          )      **ORDER SCHEDULING FURTHER**
                                            )      **SETTLEMENT DISCUSSIONS**
14       v.                                 )
                                            )
15  WAYNE DRIZEN, et al.                    )
                                            )
16                                          )
            Defendant(s).                   )
17  _____)

18       Judge Patel having granted plaintiffs' request to continue

19  the period within which to complete the settlement conference,

20  the parties are **ORDERED** to proceed on the following schedule:

21       <u>**DATE**</u>:                              <u>**ACTION**</u>:

22  8/26/2009                          Last day for plaintiffs to submit
                                       a confirmation plan.
23
    9/08/2009                          Last day for defendants to respond
24                                     to plaintiffs' confirmation plan.

25  9/10/2009                          Last day for plaintiffs to submit
                                       their list of trade secrets.
26
    9/17/2009                          Last day for defendants to respond
27                                     to plaintiffs' list of trade
                                       secrets.
28

                                      1

1  9/21/2009                    2:00 p.m.- Telephone conference to
                               discuss status of negotiations.
2

3      Any writings submitted to the other side shall be lodged

4  with the Court.  This may be done by sending a facsimile

5  transmission to **415-522-4694.**

6      To participate in the September 21, 2009 telephone

7  conference, counsel and parties shall contact **CourtCall**,

8  telephonic court appearances at **1-888-882-6878**, and make

9  arrangements for the telephonic conference call.  At that

10 conference, the parties should be prepared to discuss the

11 progress of their negotiations, any areas of disagreement that

12 remain and the propriety of having Mr. Saito attend the October

13 22, 2009 settlement conference.

14     A further settlement conference is scheduled for **October**

15 **22, 2009 at 9:00 a.m.**, in Courtroom G, 15th Floor, Federal

16 Building, 450 Golden Gate Avenue, San Francisco, California

17 94102.

18 Dated: August 13, 2009

19                        _____
                              Bernard Zimmerman
20                        United States Magistrate Judge

21

22

23 G:\BZALL\-REFS\REFS.09\E SMART ORD.RE CONDITIONAL SC.wpd

24

25

26

27

28