UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-SMART TECHNOLOGIES INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>WAYNE DRIZEN, et al.<br><br>Defendant(s). | No. C06-5528 MHP (BZ)<br><br>**ORDER TO SHOW CAUSE** |

With the concurrence of the parties, August 13, 2009 I scheduled a further settlement conference in this case for October 22, 2009 at 9:00 a.m. and ordered the parties to do certain tasks in preparation for the conference. This morning, no one appeared at the settlement conference. Each party is therefore **ORDERED,** by **November 5, 2009,** to explain in writing why that party did not appear and show cause why that party should not be sanctioned pursuant to Federal Rule of Civil Procedure 16(f) for its failure to appear.

Dated: October 22, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\E SMART ORD.RE CONDITIONAL SC.wpd

1