UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| E-SMART TECHNOLOGIES, INC., et al.,<br><br>            Plaintiff,<br><br>      v.<br><br>WAYNE DRIZIN, et al.,<br><br>            Defendants. | No. C06-5528 MHP (BZ)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

**IT IS HEREBY ORDERED** that the order to show cause, entered on October 23, 2009, is **DISCHARGED.**

Dated: November 6, 2009

                                    _____
                                    Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\E-SMART\OSCDISCH.wpd

1