UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-SMART TECHNOLOGIES INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>WAYNE DRIZEN, et al.<br><br>Defendant(s). | No. C06-5528 MHP (BZ)<br><br>**ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE** |

Judge Patel having ordered the parties to attend another settlement conference, **IT IS ORDERED** that a further settlement conference is scheduled for **February 2, 2010 at 9:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. **IT IS FURTHER ORDERED** that each party shall submit an update to its settlement conference statement by **January 28, 2010**.

Dated: January 14, 2010

_____
Bernard Zimmerman
United States Magistrate Judge