CHRISTOPHER A. LILLY (SBN 192479)
ARVIN TSENG (SBN 245648)
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, California 90067-2367

Telephone: (310) 553-4441
Facsimile: (310) 201-4746
E-mail:     clilly@troygould.com

Attorneys for Plaintiffs
E-SMART TECHNOLOGIES, INC. and
IVI SMART TECHNOLOGIES, INC.

WAYNE A. DRIZIN, *PRO SE*
WAYNE DRIZIN
C/O 8 Brook Lane
Cortlandt Manor, NY 10567
Telephone: (415) 894-5688
Facsimile:  (813) 354-2486
E-mail:     wayne.drizin@gmail.com

MICHAEL GARDINER, *PRO SE*
MICHAEL GARDINER
3rd Street, No. 5, The Springs
Dubai, United Arab Emirates
Telephone:+(971) 50-926-9989
E-mail:     michaelgardiner1@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-SMART TECHNOLOGIES, INC., a Nevada Corporation; and IVI SMART TECHNOLOGIES, INC., a Delaware Corporation<br><br>             Plaintiffs,<br><br>     vs.<br><br>WAYNE DRIZIN, an individual; MICHAEL GARDINER, an individual; ELECTRONIC PLASTICS CORPORATION, and A CARD COMPANY,<br><br>             Defendants. | Case No. 3:06-cv-5528 MHP<br><br>[~~PROPOSED~~]<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE<br><br>PLACE: Courtroom G |

In view of the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The settlement conference currently scheduled for February 2, 2010, is continued to **MARCH 9, 2010 AT 9:00 A.M.** [~~February 23, 2010, at 9:00 a.m., and Ms. Grace may appear by phone~~] or [~~March 23, 2010, at 9:00 a.m.~~] in Courtroom G of the above-captioned Court;

2. The deadline for the parties to file and serve an update to their previous settlement conference statement is continued from January 28, 2010, to **MARCH 1, 2010** [~~February 18, 2010~~] or [~~March 18, 2010~~]; and

3. ~~Defendant Michael Gardiner may attend the settlement conference by telephone~~. **EVERYONE MUST APPEAR IN PERSON**.

**IT IS SO ORDERED**.

DATED: __January 26, 2010_____    _____
The Honorable Bernard Zimmerman
United States Magistrate Judge