CHRISTOPHER A. LILLY (SBN 192479)
ARVIN TSENG (SBN 245648)
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, California 90067-2367

Telephone:(310) 553-4441
Facsimile: (310) 201-4746
E-mail:   clilly@troygould.com

Attorneys for Plaintiffs
E-SMART TECHNOLOGIES, INC. and
IVI SMART TECHNOLOGIES, INC.

WAYNE A. DRIZIN, *PRO SE*
WAYNE DRIZIN
C/O 8 Brook Lane
Cortlandt Manor, NY 10567
Telephone:  (415) 894-5688
Facsimile:   (813) 354-2486
E-mail:   wayne.drizin@gmail.com

MICHAEL GARDINER, *PRO SE*
MICHAEL GARDINER
3rd Street, No. 5, The Springs
Dubai, United Arab Emirates
Telephone:+(971) 50-926-9989
E-mail:   michaelgardiner1@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-SMART TECHNOLOGIES, INC., a Nevada Corporation; and IVI SMART TECHNOLOGIES, INC., a Delaware Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>WAYNE DRIZIN, an individual; MICHAEL GARDINER, an individual; ELECTRONIC PLASTICS CORPORATION, and A CARD COMPANY,<br><br>Defendants. | Case No. 3:06-cv-5528 MHP<br><br>JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE<br><br>PLACE: Courtroom 15 |

|  |  |
|---|---|
| 1 | Plaintiffs e-Smart Technologies, Inc., and IVI Smart Technologies, Inc. |
| 2 | (collectively the "e-Smart Parties"), on the one hand, and defendants Wayne Drizin |
| 3 | ("Drizin") and Michael Gardiner ("Gardiner"), on the other hand, jointly submit |
| 4 | the following stipulation: |
| 5 | WHEREAS, on January 13, 2010, this Court ordered the parties to complete |
| 6 | a settlement conference before the Honorable Bernard Zimmerman "within 30–60 |
| 7 | days"; |
| 8 | WHEREAS, on January 13, 2010, the Honorable Bernard Zimmerman |
| 9 | scheduled a settlement conference for February 2, 2010; |
| 10 | WHEREAS, on January 25, 2010, the parties jointly requested that the |
| 11 | settlement conference be moved either to: (a) February 23, 2010, in which case |
| 12 | Mary Grace—the decision maker for plaintiffs, who would be out of the country |
| 13 | traveling until mid-March—could attend the conference by telephone; or (b) |
| 14 | March 23, 2010, in which case Ms. Grace would be able to attend the conference |
| 15 | in person; |
| 16 | WHEREAS, the Honorable Bernard Zimmerman scheduled a settlement |
| 17 | conference for March 9, 2010 at 9:00 a.m.; |
| 18 | WHEREAS, Mary Grace is in Switzerland during the week of March 8, |
| 19 | 2010 (i.e., as identified in the January 25, 2010 joint stipulation), attending the |
| 20 | closing of a fundraising that is critical to the e-Smart Parties; |
| 21 | WHEREAS, the date for the fundraising closing was set by the fundraisers, |
| 22 | and not the e-Smart Parties, and in this economic environment, it is difficult to |
| 23 | obtain investors and it is critical that the e-Smart Parties take advantage of the |
| 24 | opportunities presented to them; |
| 25 | WHEREAS, defendant Gardiner, who currently resides in Dubai, United |
| 26 | Arab Emirates, cannot appear in person for a settlement conference until April 19, |
| 27 | 2010, if the hearing date is changed; and |
| 28 |  |

| | |
|---|---|
| 1 | WHEREAS, the parties are continuing in settlement talks, have circulated |
| 2 | draft settlement agreements, have sent numerous emails regarding revisions, and |
| 3 | have a telephone conference call regarding settlement scheduled for Monday, |
| 4 | March 8, 2010; |
| 5 | NOW, THEREFORE, IT IS HEREBY STIPULATED, by the parties hereto, |
| 6 | and subject to the approval of the Court, that: |
| 7 | 1. The parties' deadline to participate in a settlement conference before |
| 8 | the Honorable Bernard Zimmerman be extended to May 19, 2010; and |
| 9 | 2. The settlement conference currently scheduled for March 9, 2010, |
| 10 | shall be continued to a date after April 19, 2010. |

Dated: March 3, 2010

TROYGOULD PC

By: _____
Christopher A. Lilly
Attorneys for Plaintiffs
E-SMART TECHNOLOGIES, INC. and
IVI SMART TECHNOLOGIES, INC.

Dated: March ____, 2010

By: _____
Wayne Drizin, in pro per

Dated: March ____, 2010

By: _____
Michael Gardiner, in pro per

| | | |
|---|---|---|
| 1 | WHEREAS, the parties are continuing in settlement talks, have circulated | |
| 2 | draft settlement agreements, have sent numerous emails regarding revisions, and | |
| 3 | have a telephone conference call regarding settlement scheduled for Monday, | |
| 4 | March 8, 2010; | |
| 5 | NOW, THEREFORE, IT IS HEREBY STIPULATED, by the parties hereto, | |
| 6 | and subject to the approval of the Court, that: | |
| 7 | 1. The parties' deadline to participate in a settlement conference before | |
| 8 | the Honorable Bernard Zimmerman be extended to May 19, 2010; and | |
| 9 | 2. The settlement conference currently scheduled for March 9, 2010, | |
| 10 | shall be continued to a date after April 19, 2010. | |

Dated: March ____, 2010          TROYGOULD PC

By: _____
Christopher A. Lilly
Attorneys for Plaintiffs
E-SMART TECHNOLOGIES, INC. and
IVI SMART TECHNOLOGIES, INC.

Dated: March 3rd, 2010

By: _____
Wayne Drizin, in pro per

Dated: March ____, 2010

By: _____
Michael Gardiner, in pro per

1  CHRISTOPHER A. LILLY (SBN 192479)
   ARVIN TSENG (SBN 245648)
2  TROYGOULD PC
   1801 Century Park East, 16th Floor
3  Los Angeles, California 90067-2367

4  Telephone:(310) 553-4441
   Facsimile: (310) 201-4746
5  E-mail:    clilly@troygould.com

6  Attorneys for Plaintiffs
   E-SMART TECHNOLOGIES, INC. and
7  IVI SMART TECHNOLOGIES, INC.

8  WAYNE A. DRIZIN, *PRO SE*
   WAYNE DRIZIN
9  C/O 8 Brook Lane
   Cortlandt Manor, NY 10567
10 Telephone: (415) 894-5688
   Facsimile:  (813) 354-2486
11 E-mail:     wayne.drizin@gmail.com

12 MICHAEL GARDINER, *PRO SE*
   MICHAEL GARDINER
13 3rd Street, No. 5, The Springs
   Dubai, United Arab Emirates
14 Telephone:+(971) 50-926-9989
   E-mail:    michaelgardiner1@gmail.com
15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18 E-SMART TECHNOLOGIES, INC., a        ) Case No. 3:06-cv-5528 MHP
   Nevada Corporation; and IVI SMART    )
19 TECHNOLOGIES, INC., a Delaware       ) [PROPOSED]
   Corporation                          )
20                                      ) ORDER CONTINUING
              Plaintiffs,               ) SETTLEMENT CONFERENCE
21                                      )
       vs.                              )
22                                      )
   WAYNE DRIZIN, an individual;         ) PLACE: Courtroom 15
23 MICHAEL GARDINER, an individual;     )
   ELECTRONIC PLASTICS                  )
24 CORPORATION, and A CARD              )
   COMPANY,                             )
25                                      )
              Defendants.               )
26 ─────────────────────────────────────)

27

28

**TroyGould PC**

1    In view of the parties' stipulation, and good cause appearing, IT IS
2  HEREBY ORDERED THAT:
3        1.     The parties' deadline to participate in a settlement conference before
4  the Honorable Bernard Zimmerman is extended to May 31, 2010; and
5        2.     The settlement conference currently scheduled for March 9, 2010,
6  shall be continued to a date after April 19, 2010.
7
8        IT IS SO ORDERED. *next date subject to approval*
9        *of Judge Zimmerman.*
10
11 DATED: __3/5/10__                    _____
12                                       The Honorable Marilyn H. Patel
                                         United States District Court Judge