**United States District Court**
For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT
6            NORTHERN DISTRICT OF CALIFORNIA
7
8    E-SMART TECHNOLOGIES, INC., et al.,        No. C 06-5528 MHP

                    Plaintiffs,
9                                               **ORDER RE SETTLEMENT
        v.                                      CONFERENCE**
10
     WAYNE DRIZIN, et al.,
11
                    Defendants.
12   _____/
13
14          This matter having been referred by court order to Magistrate Judge Bernard Zimmerman for
15   settlement and the Magistrate Judge having ordered the parties, their principals and such other
16   person(s) as may be necessary for an effective resolution of this matter to appear in person at the
17   conference, and in accordance with that order,
18          IT IS HEREBY ORDERED that **Mary Grace, Tamio Saito, Wayne Drizin and Michael
19   Gardiner** shall appear **in person** in Judge Zimmerman's court on August 12, 2010 at 9:00 a.m. for a
20   settlement conference. **Failure to appear will result in the entry of default or dismissal of this
21   action** as appropriate.
22
23   Dated: July 15, 2010                        _____
                                                 United States District Judge
24
25
26
27
28