UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| E-SMART TECHNOLOGIES INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>WAYNE DRIZEN, et al.<br><br>Defendant(s). | No. C06-5528 MHP (BZ)<br><br>**ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE** |

Judge Patel having ordered the parties personally to attend another settlement conference, **IT IS ORDERED** that a further settlement conference is scheduled for **August 12, 2010 at 9:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. **IT IS FURTHER ORDERED** that each party shall submit an update to its settlement conference statement by **August 5, 2010**. Any requests for a continuance or for permission not to attend will have to be made to Judge Patel.

To the extent plaintiff wishes any defendant, as part of any settlement, to agree not to use certain of its trade

1

1  secrets, it shall produce a list of the trade secrets, described
2  with sufficient specificity to be capable of enforcement, at the
3  conference.
4  Dated: July 16, 2010

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

10  g:\bzall\-refs\refs.2010\E-Smart\E Smart Setting Further SC3.wpd